# IN THE SUPREME COURT OF THE STATE OF NEVADA

PREMIER ONE HOLDINGS, INC., A NEVADA CORPORATION,
          Appellant,

vs.

U.S. BANK, NATIONAL ASSOCIATION, SUCCESSOR TRUSTEE TO LASALLE BANK NATIONAL ASSOCIATION, ON BEHALF OF THE HOLDERS OF BEAR STERNS ASSET BACKED SECURITIES I TRUST 2004-HE11, ASSET-BACKED CERTIFICATES SERIES 2004-HE11,
          Respondent.

No. 75627

FILED

JAN 2 8 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
   DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Douglas Smith, District Judge
      Persi J. Mishel, Settlement Judge
      Morris Law Center
      Smith Larsen & Wixom
      Eighth District Court Clerk

19-04313